No. 861. BIRMINGHAM BELT RAILROAD COMPANY *v.* JESSIE MAY HENDRIX, AS ADMINISTRATRIX OF THE ESTATE OF GEORGE HENDRIX, DECEASED. March 14, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Alabama denied. *Messrs. E. H. Cabaniss, Forney Johnston,* and *W. R. C. Cocke* for petitioner. *Messrs. John London, George W. Yancey,* and *Walter Brower* for respondent.

No. 839. HANOVER FIRE INSURANCE COMPANY OF NEW YORK *v.* MERCHANTS TRANSPORTATION COMPANY. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Carroll Single, S. Hasket Derby,* and *Benjamin S. Grosscup* for petitioner. *Mr. Overton G. Ellis* for respondent.

No. 859. THOMAS R. TARN *v.* UNITED STATES. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Lowrie C. Barton* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Howard W. Ameli* for the United States.

No. 865. DETROIT TERMINAL RAILROAD COMPANY *v.* PENNSYLVANIA-DETROIT RAILROAD COMPANY AND PENNSYLVANIA RAILROAD COMPANY. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank E. Robson* for petitioner. *Mr. Frederic D. McKenney* for respondents.

No. 867. P. S. KENDRICK AND J. A. KENDRICK *v.* MARY W. KENDRICK. March 14, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth